STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. MICHAEL HANRAHAN ET AL., PLAINTIFFS IN ERROR.

Submitted September 27, 1915—Decided November 15, 1915.

On error to the Supreme Court, whose opinion is reported in 87 *N. J. L.* 1.

For the plaintiffs in error, *McDermit & McDermit.*

For the defendant in error, *Frederick F. Guild,* prosecutor of the pleas.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Gummere in the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, TRENCHARD, PARKER, BERGEN, KALISCH, BLACK, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, TAYLOR, JJ. 12.

*For reversal*—None.